**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| FEDERAL TRADE COMMISSION<br>Joannie Wei, Esq.; Samuel Levine, Esq.; Audrey Austin, Esq.<br>230 South Dearborn Street, Room 3030<br>Chicago, Illinois 60604<br>TELEPHONE NO.: (312) 960-5634   FAX NO. *(Optional)*: (312) 960-5600<br>E-MAIL ADDRESS *(Optional)*: jwei/slevine1/aaustin2@ftc.gov<br>ATTORNEY FOR *(Name)*: Plaintiff FEDERAL TRADE COMMISSION | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  [USDC]<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: CENTRAL DISTRICT | |
| PLAINTIFF/PETITIONER: FEDERAL TRADE COMMISSION<br>DEFENDANT/RESPONDENT: M&T FINANCIAL GROUP, etc.; et al. | CASE NUMBER:<br>CV17-6855-ODW (PLAx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>1490366AS |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   - a. ☑ summons
   - b. ☑ complaint
   - c. ☐ Alternative Dispute Resolution (ADR) package
   - d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   - e. ☐ cross-complaint
   - f. ☑ other *(specify documents)*: SEE ATTACHED LIST OF DOCUMENTS
3. a. Party served *(specify name of party as shown on documents served)*:
      M&T FINANCIAL GROUP, a corporation, also d/b/a StuDebt, Student Debt Relief Group, SDRG, Student Loan Relief Counselors, SLRC, and Capital Advocates Group
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Salar Tahour, Authorized Person to Accept Service of Process
4. Address where the party was served:
   11766 Wilshire Boulevard, Suite 310, Los Angeles, CA 90025
5. I served the party *(check proper box)*
   - a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*: 09/20/2017   (2) at *(time)*: 10:30 a.m.
   - b. ☐ **by substituted service.** On *(date)*:           at *(time)*:           I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
     - (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
     - (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
     - (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
     - (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:           from *(city)*:           or ☐ a declaration of mailing is attached.
     - (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |
|---|---|---|

| SHORT TITLE: FEDERAL TRADE COMMISSION v. M&T FINANCIAL GROUP, etc.; et al. | CASE NUMBER: CV17-6855-ODW (PLAx) |
|---|---|

ATTACHED LIST OF DOCUMENTS

1. CIVIL COVER SHEET;
2. APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE (WEI);
3. APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE (AUSTIN);
4. APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE (LEVINE);
5. (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE (WEI);
6. ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE (AUSTIN);
7. ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE (LEVINE);
8. PLAINTIFF'S EX PARTE APPLICATION TO TEMPORARILY SEAL THE CASE FILE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO TEMPORARILY SEAL THE CASE FILE;
9. ORDER TEMPORARILY SEALING THE FILE;
10. PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER WITH AN ASSET FREEZE, APPOINTMENT OF A RECEIVER, AND OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE;

Attached List of Documents to POS of Summons and Complaint        #1490366AS

(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, **not** line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.        Page ___1___

Form Approved by the Judicial Council of California MC-020 [New January 1, 1987]

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501

| SHORT TITLE: FEDERAL TRADE COMMISSION v. M&T FINANCIAL GROUP, etc.; et al. | CASE NUMBER: CV17-6855-ODW (PLAx) |
|---|---|

## ATTACHED LIST OF DOCUMENTS

11. EX PARTE TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF A RECEIVER, OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE;

12. FINANCIAL STATEMENT OF CORPORATE DEFENDANT (M&T FINANCIAL);

13. FINANCIAL STATEMENT OF CORPORATE DEFENDANT (AMERICAN COUNSELING CENTER);

14. FINANCIAL STATEMENT OF INDIVIDUAL DEFENDANT;

15. CERTIFICATION AND DECLARATION OF PLAINTIFF'S EX PARTE APPLICATIONS FOR:
    (1) Temporary Restraining Order [FCRP 65(b) and Local Rule 65-1];
    (2) Order Waiving Ex Parte Notice Requirement [FCRP 65(b) and Local Rule 7-19.2]; and
    (3) Order Temporarily Sealing the Case File [Local Rule 79-5]

16. MEMORANDUM IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF A RECEIVER, OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE;

17. DECLARATIONS IN SUPPORT OF MEMORANDUM IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF A RECEIVER, OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; (VOLUMES I & II)

18. PLAINTIFF'S RECOMMENDATION FOR TEMPORARY RECEIVER

Attached List of Documents to POS of Summons and Complaint    #1490366AS

(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, **not** line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 2

| PLAINTIFF/PETITIONER: FEDERAL TRADE COMMISSION | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: M&T FINANCIAL GROUP, etc.; et al. | CV17-6855-ODW (PLAx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                          (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* M&T FINANCIAL GROUP, a corporation, also d/b/a StuDebt, Student Debt Relief Group, SDRG, Student Loan Relief Counselors, SLRC, and Capital Advocates Group
      under the following Code of Civil Procedure section:

      ☑ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                          ☑ other: FRCP 4(h)(1)

7. **Person who served papers**
   a. Name: Poeu Chhay, Ace Attorney Service, Inc.
   b. Address: 811 Wilshire Boulevard, Suite 900, Los Angeles, California 90017
   c. Telephone number: (213) 623-3979
   d. **The fee** for service was: $
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
         (i) ☐ owner  ☑ employee  ☐ independent contractor.
         (ii) Registration No.: 2017189242
         (iii) County: LOS ANGELES

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: September 21, 2017

POEU CHHAY
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)