GARY OWEN CARIS (SBN 088918)
*gcaris@diamondmccarthy.com*
LESLEY ANNE HAWES (SBN 117101)
*lhawes@diamondmccarthy.com*
**DIAMOND McCARTHY, LLP**
1999 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067
Telephone: (310) 651-2997
Facsimile: (424) 253-1101

Attorneys for Temporary Equity Receiver
**ROBB EVANS & ASSOCIATES LLC**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>M&T FINANCIAL GROUP, a corporation, also d/b/a StuDebt, Student Debt Relief Group, SDRG, Student Loan Relief Counselors, SLRC, and Capital Advocates Group,<br><br>AMERICAN COUNSELING CENTER CORP., a corporation, also d/b/a StuDebt, Student Debt Relief Group, SDRG, Student Loan Relief Counselors, SLRC, and Capital Advocates Group, and<br><br>SALAR TAHOUR, individually, and as an officer of M&T FINANCIAL GROUP and AMERICAN COUNSELING CENTER CORP.,<br><br>                    Defendants. | Case No. CV-17-6855-ODW(PLAx)<br><br>**TEMPORARY EQUITY RECEIVER'S REPORT OF ACTIVITIES FOR THE PERIOD FROM SEPTEMBER 20, 2017 THROUGH OCTOBER 4, 2017**<br><br>**PRELIMINARY INJUNCTION HEARING:**<br><br>**DATE:  OCTOBER 16, 2017**<br>**TIME: 1:30 P.M.**<br>**COURTROOM:  5D** |

1    TO:  THE HONORABLE OTIS D. WRIGHT II, UNITED STATES
2    DISTRICT JUDGE:

3

4    COMES NOW, Robb Evans & Associates LLC, Temporary Equity Receiver,
5    and submits the Temporary Equity Receiver's Report of Activities for the period
6    from September 20, 2017 through October 4, 2017, attached hereto as Exhibit A.

7

8    Dated:  October 6, 2017                    Respectfully submitted,

9                                               DIAMOND McCARTHY, LLP

10

11                                             By:   /s/ Gary Owen Caris
                                               Gary Owen Caris
12                                             Lesley Anne Hawes
                                               Attorneys for Temporary Equity Receiver
13                                             ROBB EVANS & ASSOCIATES LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

**CASE NAME: FEDERAL TRADE COMMISION V. M&T FINANCIAL GROUP, ET AL.; CASE NO: CASE NO. CV-17-6855-ODW(PLAX)**

I hereby declare under penalty of perjury pursuant to the laws of the State of Texas that I am a citizen of the United States, over the age of 18 years, and not a party to the within action.  My business address is 909 Fannin Street, Suite 3700, Houston, Texas 77010.  On the date set forth below, I served a copy of the following:

On October 6, 2017, I served the ***TEMPORARY EQUITY RECEIVER'S REPORT OF ACTIVITIES FOR THE PERIOD FROM SEPTEMBER 20, 2017 THROUGH OCTOBER 4, 2017*** upon the CM/ECF participants by electronic means, and the parties and/or counsel listed below by U.S. first class mail.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 6, 2017 at Houston, Texas.

*/s/ Adam Rodriguez*
Adam Rodriguez