REDEFINE LAW FIRM, INC.
BABAK LALEZARI (SBN 261703)
BLalezari@redefinelawfirm.com
4311 Wilshire Blvd., Suite #205
Los Angeles, CA 90010
Telephone: (310) 571-5297
Facsimile: (310) 684-5793

GREENSPOON MARDER, P.A.
RICHARD W. EPSTEIN (admitted *pro hac vice*)
Richard.Epstein@gmlaw.com
JEFFREY A. BACKMAN (admitted *pro hac vice*)
Jeffrey.Backman@gmlaw.com
200 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
Telephone: (954) 491-1120
Facsimile: (954) 213-0140

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 17-cv-06855-ODW-PLA |
| Plaintiff, | Hon. Otis D. Wright II |
| v. | **DECLARATION OF SALAR TAHOUR** |
| M&T FINANCIAL GROUP, et al. | |
| Defendants. | |

Pursuant to 28 U.S.C. § 1746, I, SALAR TAHOUR, declare as follows:

1. I make this declaration in my personal capacity and on behalf of the other Defendants.

2. Pursuant to Section XIII of the Stipulated Preliminary Injunction (the "PI"), dated October 10, 2017, I hereby advise that a copy of the PI was distributed by my counsel on October 11, 2017 via U.S. first class mail to the following:

   a. Ki Kwon, 2633 Kansas Ave, Apt # 3, Santa Monica CA 90404, (310) 210-4835

   b. Brian Silver, 11740 Wilshire Blvd, Suite A1101, Los Angeles, CA 90025, (818) 915-7864

   c. Kianush Niaki, 12850 Woodley Ave., Granada Hills, CA 90344, (818) 470-4904

   d. Mercedes Trgiueros, 1336 West 53rd St., Los Angeles, CA 90037, (213) 514-1403

FURTHER DECLARANT SAYETH NAUGHT.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury and of the laws of the United States that the foregoing is true and correct.

Dated: October 15, 2017

_____
SALAR TAHOUR

# PROOF OF SERVICE

I, **Babak Lalezari**, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 4311 Wilshire Blvd., Suite #205, Los Angeles, California 90010, in said County and State. On October 16, 2017, I served the parties with:

**DECLARATION OF SALAR TAHOUR**

by the following means of service:

☑ **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's (NEF) electronic filing system on all registered parties.
**BY UNITED STATES MAIL:** I placed a true copy in a sealed envelope or package addressed to the persons as indicated above, on the above-mentioned date, and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service in the ordinary course of business in a sealed envelope with postage fully prepaid. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth in this declaration.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.
I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2017 in Los Angeles, California.

                                           */s/ Babak Lalezari*
                                           Babak Lalezari